**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1787**

_____

JOYCE MCKENZIE; WILLIAM C. REFFITT,

                Plaintiffs - Appellants,

        v.

CITY OF WHEELING; ACE GARAGE,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:07-cv-00148-FPS)

_____

Submitted: July 30, 2009          Decided: August 24, 2009

_____

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Peter M. Suwak, Washington, Pennsylvania, for Appellants. Bradley K. Shafer, STEPTOE & JOHNSON, PLLC, Wheeling, West Virginia; Gerald G. Jacovetty, Jr., Wheeling, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce McKenzie and William C. Reffitt appeal the district court's order dismissing their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McKenzie v. City of Wheeling, No. 5:07-cv-00148-FPS (N.D.W. Va. June 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED